# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

ERICA GREEN,

    Plaintiff,

v.                                           Case No: 8:14-cv-1950-T-30MAP

CAPITAL ONE BANK (USA), N.A.,

    Defendant.

## ORDER OF DISMISSAL

THIS CAUSE comes before the Court *sua sponte*. An Order (Dkt. #25) was issued on February 2, 2015, which directed Plaintiff to file an Amended Complaint within twenty days of the date of that Order, failing which this action will be closed without further notice. A review of the docket indicates that an Amended Complaint has not been filed. It is therefore

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed without prejudice.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 2nd day of March, 2015.

                                                    JAMES S. MOODY, JR.
                                                    UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record